UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. MJ10-5123 |
| | ) | |
| v. | ) | **DETENTION ORDER** |
| | ) | |
| JESUS MONTES-MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

Offense charged:

Conspiracy to Distribute Cocaine and Possession of Cocaine with Intent to Distribute.

Date of Detention Hearing:  July 12, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The Court received no information about defendants personal history, residence, family ties, employment, drug and alcohol use.  Defendant has a prior drug related conviction and does not

DETENTION ORDER - 1

1   appear to be US citizen.  According to the case agent, the immigration services have placed a

2   detainer on the defendant.

3        It is therefore ORDERED:

4        (1)     Defendant shall be detained pending trial and committed to the custody of the

5   Attorney General for confinement in a correctional facility separate, to the extent practicable,

6   from persons awaiting or serving sentences, or being held in custody pending appeal;

7        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

8   counsel;

9        (3)     On order of a court of the United States or on request of an attorney for the

10   Government, the person in charge of the correctional facility in which Defendant is confined

11   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12   connection with a court proceeding; and

13        (4)     The clerk shall direct copies of this order to counsel for the United States, to

14   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15   Officer.

16        DATED this 12th day of July, 2010.

17

18   _____

     BRIAN A. TSUCHIDA

19        United States Magistrate Judge

20

21

22

23

DETENTION ORDER - 2