JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-5488RJB |
| Plaintiff, | |
| vs. | ORDER FOR WITHDRAWAL |
| JESUS MONTES-MEDINA, | |
| Defendant. | |

The Court having considered the Motion for Withdrawal and the records and files in this matter,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender John Carpenter, are permitted to withdraw as defense counsel in this matter,

DONE this 20th day of October, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710

1  */s/ John R. Carpenter*
   JOHN R. CARPENTER
2  Attorney for Defendant Jesus Montes-Medina

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**